JOHN N. TOWNLEY, PLAINTIFF IN ERROR, v. OSCAR L. CADY, DEFENDANT IN ERROR.

**Verdict:** EVIDENCE TO SUPPORT IT. It must be a clear case of want of proof to justify the supreme court in interfering with the verdict of a jury on that ground.

ERROR to the district court of Lancaster county.

*Galey & Abbott*, for plaintiff in error.

*Lamb, Billingsley & Lambertson*, for defendant in error.

The State v. Otoe County.

LAKE, J.

There is no apparent excuse for bringing this case into this court. The only error alleged, although stated in six different forms, is that the verdict is not supported by the evidence. We have read the testimony as found in the bill of exceptions, and, while it is somewhat conflicting, find that it amply supports the conclusion reached by the jury upon the issue joined.

It must be a clear case of want of proof to justify this court in interfering with the verdict of a jury on the ground here alleged.

JUDGMENT AFFIRMED.